IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

        Petitioner,               No. CIV S-06-1546 GEB GGH P

     vs.

CLAUDE E. FINN,

        Respondent.        ORDER

_____/

        On February 5, 2008, respondent filed a request to continue the evidentiary hearing set for March 17, 2008.  Good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing set for March 17, 2008, is vacated and re-set for March 31, 2008, at 9:00 a.m. before the undersigned.

DATED:   02/27/08               /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

will1546.res