# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

                Petitioner,                 No. CIV 06-1546 GEB GGH P

     vs.

CLAUDE E. FINN, et al.,

                Respondents.      **ORDER & WRIT OF HABEAS CORPUS**
                                      **AD TESTIFICANDUM FOR EVIDENTIARY**
_____/    **HEARING**

        Nathaniel Williams, inmate # CDC C-41352, a necessary and material witness in proceedings in this case on March 31, 2008, is confined in Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, CA 95378-0004, in the custody of the Warden Finn; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom 24, United States Courthouse, 501 I Street, Sacramento, CA on March 31, 2008, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, CA 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden Claude Finn: Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, CA 95378-0004:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  02/27/08                /s/ Gregory G. Hollows
_____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

GGH:bb/will1546.841