IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

    Petitioner,                  No. CIV S-06-1546 GEB GGH P

    vs.

CLAUDE E. FINN,

    Respondents.             ORDER

_____/

        An evidentiary hearing is set in this matter for March 31, 2008. On March 10, 2008, petitioner filed a motion for the appointment of counsel. Because the court has determined that appointment of counsel is warranted, the evidentiary hearing is vacated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The evidentiary hearing set for March 31, 2008, is vacated;

        2. The writ of habeas corpus ad testificandum filed February 27, 2008, ordering petitioner's presence in court on March 31, 2008, is vacated;

        3. The Clerk of the Court is directed to serve this order on Warden Claude Finn, Deuel Vocational Institution, 23500 Kasson Road, P.O. Box 400, Tracy, CA, 95378-0004;

/////

1         4. The Clerk of the Court is directed to serve this order on the Out-To-Court Desk,

2   California State Prison, Sacramento, P.O. Box 290007, Represa, California, 95671.

3   DATED: 03/25/08

/s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

williams.vac