IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

Petitioner, No. CIV S-06-1546 GEB GGH P

vs.

CLAUDE E. FINN, ORDER

Respondents.

_______________________________/

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court has determined that appointment of counsel is required so that petitioner may have representation at his evidentiary hearing. See January 22, 2008, order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 10, 2008, motion for appointment of counsel is granted;

2. The Federal Defender is appointed to represent petitioner;

3. Within thirty days of this order, the Federal Defender shall file a status report addressing his/her readiness for the evidentiary hearing;

/////

/////

4. The Clerk of the Court shall serve a copy of this order on Carolyn Wiggin, Assistant Federal Defender.

DATED: 03/25/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

williams.app