IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

    Petitioner,                  No. CIV S-06-1546 GEB GGH P

    vs.

CLAUDE E. FINN,

    Respondent.               ORDER

_____/

        This action is set for an evidentiary hearing on October 20, 2006.  On September 30, 2006, petitioner filed an ex parte application for authority to subpoena witnesses and to have the U.S. Marshal pay the witness fees pursuant to 28 U.S.C. § 1825(b).  This motion is denied in part and granted in part.

        Petitioner requests that the court issue subpoenas for five witnesses: Bills, Dhaliwal, Hansen, Sherman and Young.  For the reasons stated in the June 24, 2008, order addressing petitioner's motion for discovery, the court will grant the request as to witness Bills.

        In the order filed January 22, 2008, this court denied petitioner's request to call Dhaliwal, Hansen, Sherman and Young as witnesses at his evidentiary hearing.  The court denied his request to call Dhaliwal and Hansen as witnesses because his questions for these proposed witnesses were not relevant to the at-issue disciplinary.  The court denied petitioner's request to

1

call Sherman and Young because they had no knowledge regarding the May 13, 2005, incident. For the reasons stated in the January 22, 2008, order, petitioner's request for subpoenas as to these proposed witnesses is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's September 30, 2008, ex parte application for authority to subpoena witnesses and to have the U.S. Marshal pay witness fees pursuant to 28 U.S.C. § 1825(b) is granted as to proposed witness Bills only;

2. The Clerk of the Court shall forward to the U.S. Marshal the subpoena for Bills attached to petitioner's September 30, 2008, ex parte application;

3. The U.S. Marshal shall serve the subpoena on Bills and pay the witness fees pursuant to 28 U.S.C. § 1825(b);

4. Within five days of the date of this order, petitioner's counsel shall serve a courtesy copy of the subpoena on witness Bills;

5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: 10/01/08                         /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

will1546.sub