IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAMS,

    Petitioner,                  No. CIV S-06-1546 GEB GGH P

    vs.

CLAUDE E. FINN,

    Respondent.               ORDER

_____/

        On November 3, 2008, the parties filed a stipulation to continue the post-hearing briefing dates. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's post-hearing brief, which is currently due by November 19, 2008, shall be due no later than December 19, 2008;

        2. Respondent's post-hearing brief, which is currently due by December 9, 2008, shall be due no later than January 8, 2009.

DATED: November 10, 2008

                                /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

wil1546.stip