EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DANE R. GILLETTE, State Bar No. 65925
Chief Assistant Attorney General
JULIE L. GARLAND, State Bar No. 179657
Senior Assistant Attorney General
JESSICA N. BLONIEN, State Bar No. 189137
Supervising Deputy Attorney General
MARIA G. CHAN, State Bar No. 192130
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1940
 Fax: (916) 322-8288
 Email: Maria.Chan@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL WILLIAMS,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**CLAUDE E. FINN,**<br><br>　　　　　　　　　　Respondent. | 2:06-cv-01546-GEB-GGH (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A POST HEARING BRIEF AND AN OPPOSITION TO PETITIONER'S REQUEST TO EXPAND THE RECORD** |

Respondent's first request for a thirty-day extension of time to file a post-hearing brief and an opposition to Petitioner's request to expand the record was considered by the Court, and good cause appearing, Respondent's request is granted.

**IT IS HEREBY ORDERED** that Respondent shall file a post-hearing brief and an opposition to Petitioner's request to expand the record by February 9, 2009.

DATED: January 22, 2009

　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　_____
　　　　　　　　　　　　United States Magistrate Judge

will1546.eot

1